McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

AUG 2 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> XXXXXXX456@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO, INC. | CASE NO: 2:16-SW-0017 KJN <br><br> [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that clerk's office file the redacted copies of the search warrant, underlying affidavit, and return on the public docket. The original unredacted search warrant materials are to remain under seal.

IT IS FURTHER ORDERED that the United States may provide a copy of the sealed version of the search warrant, affidavit, and return to counsel for the defendants in *United States v. Dariush Niknia and Richard Lant*, case number 2:19-cr-00131-MCE.

Dated: Aug 27, 2019

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS